# SUMMONS - CIVIL

JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

5/20/2014

| Address of court clerk where writ and other papers shall be filed (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street Stamford CT 06905 | ( ) | May ~~6~~ 2014 |

- [X] Judicial District / Housing Session
- [ ] G.A. Number:

At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **Stamford**

Case type code: Major: **T** Minor: **90**

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented: Antoinette McKain, Pro Se, 8 Stanley Court, Stamford, CT 06902

Telephone number (with area code): (203) 255-5449 H 898-1952

Signature of Plaintiff (If self-represented): Antoinette McKain, Pro Se & CCO of GACM, Inc.

Number of Plaintiffs: | Number of Defendants: | [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party |
|---|---|
| First Plaintiff | Name: ~~Estate of Don Rhymer~~ Antoinette McKain - KidSmart Publishing  Address: 8 Stanley Court, Apt 3W, Stamford, CT 06902 | P-01 |
| Additional Plaintiff | Name: Green Ants (GACM, Inc.) & KidSmart Book Publishing  Address: 8 Stanley Court #3W, Stamford, CT 06902 | P-02 |
| First Defendant | Name: Estate of Donald Rhymer, Pasadena, CA. | D-01 |
| Additional Defendant | Name: Carlos Saldanha - Director  Address: 2325 Third Street Ste 34 San Francisco, CA 94107 | D-02 |
| Additional Defendant | Name: Blue Sky Studios Inc. ~~LLC~~ 1 American Lane Ste 210 Greenwich CT  Address: 2325 Third St, Ste 34 San Francisco, CA 94107 | D-03 |
| Additional Defendant | Name: 20th Century Fox Film ~~Corp~~ Joshua Spencer - Producer  Address: 1 American Lane Ste 210 Greenwich, CT 06831 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

Signed (Sign and "X" proper box): Erin M. Archer, Chief Clerk
- [ ] Commissioner of the Superior Court
- [ ] Assistant Clerk

Name of Person Signing at Left: Erin M. Archer

Date signed: 4/14/2014

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

I certify I have read and understand the above:
Signed (Self-Represented Plaintiff): X Antoinette McKain
Date: 04/14/2014

Name and address of person recognized to prosecute in the amount of $250

Signed (Official taking recognizance; "X" proper box):
- [ ] Commissioner of the Superior Court
- [ ] Assistant Clerk

Date: | Docket Number:

*A TRUE AND ATTESTED COPY — ATTEST: MARK A. ~~...~~ STATE MARSHAL — STATE OF CONNECTICUT*

(Page 1 of 2)

# Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.

   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

## ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 82 | Housing Civil Matters |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

GREENANTS CONSULTING & MARKETING, INC
8 Stanley Court
Stamford, CT  06902-2414
(623) 255.5449
(203) 898.1952
gacminc@gmail.com

Your Honor:

It is not a coincidence that over the past three years, from 2010-2014 pirates and paid hackers, have remote accessed, and hacked my computer and email, sent Trojans and malware to destroy my work after they have stolen it and broke into my home to steal my manuscript journals, notebooks and illustrations. The police officer believes they may have put a surveillance device in my apartment. It is not a coincidence that the Superintendent named Oscar is Hispanic and has keys to every apartment in this building. I have even filed, theft, stalking, and harassment charges with the Stamford PD over the past two years and IC3 complaints with the FBI in Bridgeport, CT.

Blue Sky Studios, located in San Francisco , CA and now in Greenwich, CT. has plagiarized my manuscripts, again, with the release of a movie titled "RIO 2" based on two of the main characters of a manuscript I wrote, about a blue Macaw, named Marty, and a Toucan named Tycoon. Unfortunately, I did not see or know about the details surrounding the movie "RIO I" until I saw and heard trailers from "RIO 2".

In my investigation of both movies, it was quite obvious and evident that this production company, Blue Sky Studios, Inc., is responsible for the copyright infringement , hacking, stalking, and harassment, I've been experiencing via the use of pirates or individuals they have paid, Hispanics, especially those living in my complex who have been rewarded with new cars, and probably money.

Not only did they steal the premise of my manuscript, *Avian Nation, The Story of Birds*, "Crabs In Abarrel" Book I, which they altered (badly) here and there to hide the obvious infringement and placed the characters in different settings, to alter the story line, they have up to this point done whatever was possible to prevent me from releasing publishing my books. The most recent assault on Kidsmart ™©Studios and Kidsmart Book Publishing was the introduction of a dart Frog I named, Dart Redx aka Lecherous  Levi, who is fire engine red and toxic, enclosed. This frog has been sitting on my office wall since I moved to Stamford, Ct, but originally created in early 2000, only not fully developed until 2004, along with the manuscript.

It is not a coincidence that Blue Sky Studios' Director, Carlos Saldanha, and screenwriters, Donald E Rhymer, Joshua Strettin and all, felt comfortable with continually hacking my computer and paying pirates for stealing my work, thru break-ins, because they got away with making RIO I, which grossed over four hundred million dollars. So, they assumed they could do it again. Make no mistake about it, the premise of this story and the characters are copies of my original work and only their names have been changed to cover up the theft and infringement.

My characters are in a rainforest in Africa and "RIO 2" a male and female blue Mccaw are located in the Amazon rainforest, in Brazil. I have experienced an acceleration of threats

personally on the street, even attempts of intimidation by vehicles, and stalking, and as recent as April 2, since this filing, the coercion has stepped up a notch. Including vandalism of my printer and the theft of my art work as a craft artist in an attempt at intimidation by pirates or affiliates.

I have also I filed a complaint for the theft of my business journals, and jewelry creations I designed as a craft artist. The missing journals contained notes and manuscripts of my work as an author and screenwriter, from as far back as 1985. My characters for the most part, are copyrighted in an ongoing collection, and that is why I was surprised to discover that a production company in Greenwich, CT had stolen and depicted my characters in a movie that came out this week, titled "RIO 2". Because my script, is also registered with the Writers Guild of America-West (WGA-West) *for added proof of its authenticity and* is due out in 2015, I didn't think anyone would have the audacity to plagiarize my creative work or copy the premise of my 2 books I and II, (and so badly).

I am filing this lawsuit and cause of action against Blue Sky Studios, Inc., and Twentieth Century Fox for the theft of Intellectual Property and copyright infringement, hacking, and remote access with intentions of committing **theft by deception.** I am also claiming said company stalked me as reported in my original complaint to the Stamford PD, tried to harass me, numerous times, and wire tapped my phone, while "RIO2" was in production.

Blue Sky Studios has committed unethical practices against my company GACM Inc. and Kidsmart, the Children's Workshop/Craftshop, and Kidsmart Book Publishing, and its subsidiaries. It has repeatedly denied me the right to exercise commerce as a business by sabotaging this entity and committing acts of Anti-Trust. As the Chief Agent and CCO, I have a fiduciary obligation to thwart all attempts to inhibit this entity or others from destroying my enterprise, and I intend to do just that, because Blue Sky Studios, and Twentieth Century Fox Studios have cost me millions of dollars in revenue by delaying my works completion with their tactics.

I seek restitution for preventing me from publishing my original work, also, as a cause of action, and I am asking for compensation and restitution in the amount of two hundred and fifty million dollars, ($250,000,000 ), as the remedy for sabotaging and delaying production of these works, so that Blue Sky Studios and Twentieth Century Fox's Studios in San Francisco, CA, at 2325 Third Street, Ste 434, San Francisco, CA 94107 could financially benefit from my endeavors. This lawsuit is being filed against, screen writer Donald E Rhymer's estate, Director, Carlos Saldanha, Joshua Sternin and Jeff Ventimilia, all culpable in the act of **theft by deception.**

Antoinette McKain, Pro Se , Plaintiff
KidSmart Book Publishing and
GACM, Inc. (the parent company)

Dated April 14, 2014

*Antoinette McKain*

Antoinette McKain

# APPLICATION FOR WAIVER OF FEES
## CIVIL, HOUSING, SMALL CLAIMS
JD-CV-120 Rev. 10-13
C.G.S. §§ 52-259, 52-259b, 52-259c
P.B. § 8-2; P.A. 13-310

**Note** - This form will be put in the public file.

**To: The Superior Court**

**Instructions to person asking to have the fees waived (applicant)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is pending.
4. If your application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing on the application.

**Instructions to Clerk**
1. Bring completed form to a judge.
2. If the application is granted, notify the applicant.
3. If the application for fees payable to the court or for costs of service of process is denied, and upon the request of the applicant, schedule a hearing on the application.

**STATE OF CONNECTICUT**
## SUPERIOR COURT
www.jud.ct.gov

Name of case: Antoinette McKain vs Blue Sky Studios, Inc
Docket number (If applicable):

[✓] Judicial District   [ ] Housing Session   [ ] Geographical Area Number   [ ] Small Claims
Address of court: 123 Hoyt Street, Stamford, CT 06905

Name of applicant (Last, first, middle initial): Antoinette McKain
Address of applicant: 8 Stanley Court Apt 3W, Stamford, CT 06902
Telephone: 203 898-1952

**Type of proceeding**
[✓] Civil case (Regular docket)   [ ] Small claims case   [ ] Summary Process/Landlord-Tenant case
[ ] Motion to Open, Set Aside, Modify or Extend Civil Judgment   [✓] Other (Specify): Civil Copyright Infringement - Theft by Deception

## Fee Waiver

I ask that the court order that I do not have to pay fees or order the State to pay the fees below. (Check all that apply)

[✓] Entry fee (Regular docket)   [ ] Entry fee (Small Claims)   [✓] Filing fee   [✓] Service of Process (delivery of papers)   [✓] Other fee (Specify): Recognizance Fee

## Financial Affidavit

### 1. Dependents
Total number of dependents (not including yourself): 0

### 2. Monthly Income
A. Gross monthly income (before deductions): $1100
B. Net monthly income after taxes from monthly employment: $903.00
C. Other income (for example, TANF, Social Security, etc.) (Specify source): 903.00
Source: Social Security
Total Monthly Income (B+C)*: 903.00

### 3. Monthly Expenses
A. Rent/Mortgage: 487.50
B. Real Estate Taxes: /
C. Utilities (Telephone, heat, electric, water, gas, etc.): $25
D. Food: $50
E. Clothing: $50
F. Insurance Premiums (Medical/Dental, Auto, Life, Home): 0
G. Medical/Dental: $50
H. Transportation (bus, gasoline, etc.): $20
I. Child Care: /
J. Other (Specify): 0
Total Monthly Expenses*: 712.50

*If you claim zero Total Monthly Income or Expenses, explain how you are supported:

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | N/A | 0 | Real Estate |
| B. Motor Vehicles | N/A | 0 | Motor Vehicle |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | N/A | 0 | Other Property |
| D. Savings Account Balance (Total of all accounts) | | | Savings $20 |
| E. Checking Account Balance (Total of all accounts) | | | Checking $100.00 |
| F. Cash | | | Cash $10 |
| G. Other Assets (Specify): | | | Other Assets |

Total Assets: $130.00

### 5. Liabilities/Debts (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student Loan | $157.00 | $157.00 |
| | | |
| | | |
| | | |

Total Liabilities: 157.00

I certify that the information on page 1 is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed on page 1.

**Notice ▶** *Any false statement made by you under oath which you do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| Antoinette McKain | Antoinette McKain | 04/14/2014 |

| Subscribed and sworn to before me: | On (Date) | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |
|---|---|---|
| | 4-14-2014 | Lynn-McCracken, Chief Clerk |

## Order

Having reviewed the application, the court finds as follows:

☒ 1. The applicant is indigent and unable to pay the following fees which are waived:
  ☒ Entry fee *(Regular docket)*   ☐ Entry fee *(Small Claims)*   ☐ Filing fee
  ☐ Other fee *(Specify):* _____

☒ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ _statutory rt_ shall be paid by the state.

☐ 3. The applicant is indigent but able to pay fees and costs of service and the application is denied.

☐ 4. The applicant is not indigent and the application is denied.

☐ 5. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 6. Denied. Other *(Specify):* _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| MINTZ, J. | 4/21/14 | MINTZ, J. | 4/21/14 |

## Request For Hearing On Denied Application

This section should be filled out only if the court has checked #3, 4, 5 or 6 above and denied the application.

☐ I request a court hearing on my application.

▶ _____    _____
Signed (Applicant)                  Date signed

| **Hearing to be held at the Court location shown on page 1 on the date and time shown below:** | | | |
|---|---|---|---|
| Hearing on (Date) | At (Time) | Room number | Signed (Clerk) |
| | | | |

## Order After Hearing

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:
  ☐ Entry fee *(Regular docket)*   ☐ Entry fee *(Small Claims)*   ☐ Filing fee
  ☐ Other fee *(Specify):* _____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ _____ shall be paid by the state.

☐ 3. The applicant is indigent but able to pay fees and costs of service and the application is denied.

☐ 4. The applicant is not indigent and the application is denied.

☐ 5. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 6. Denied. Other *(Specify):* _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| | | | |

**RETURN OF PAPERS**
JD-ES-57 Rev. 12-11
Pr. Bk. §§ 7-6, 12-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



To: ⌜ Blue Sky Studios &
Twentieth Century Fox
1 American Lane Ste 210
Greenwich, CT 06831 ⌟

| Name of case | Docket number |
|---|---|
| Antoinette McKain vs Blue Sky Studios | |

☐ Judicial District  ☐ Housing Session  ☐ Geographical Area Number ____   Address of court *(Number street, town and zip code)*

### The Enclosed Papers Are Returned For The Following Reasons:

☐ 1. Lack of signature on document/pleading. (Sections 4-2, 4-4, 7-6 of the Connecticut Practice Book)

☐ 2. Lack of certification. (Sections 10-14, 11-1, 7-6 of the Connecticut Practice Book)

☐ 3. Lack of case title. (Sections 4-1, 7-6 of the Connecticut Practice Book)

☐ 4. Lack of docket number. (Sections 4-1, 7-6 of the Connecticut Practice Book)

☐ 5. Lack of nature of document, for example, lack of name of designation of pleading, motion or request. (Sections 4-1, 7-6 and form 101 of the Connecticut Practice Book)

☐ 6. Lack of fee.

☐ 7. Lack of order page. (Sections 11-1, 7-6 of the Connecticut Practice Book)

☐ 8. Returned to wrong court. (Section 12-2 of the Connecticut Practice Book; Section 51-347 of the Connecticut General Statutes)

☐ 9. No address or telephone number on Appearance. (Section 3-3 of the Connecticut Practice Book)

*Fee waiver is granted. Please contact a marshal on the enclosed list, have it served and returned to court.*

By (Assistant Clerk): *E. Cindia*    Date: 4/21/14

> The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA/*

# Business Inquiry   HOME    HELP

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | TWENTIETH CENTURY-FOX FILM CORPORATION | Citizenship/State Inc: | Foreign/DE |
| Business ID: | 0121872 | Last Report Filed Year: | 2013 |
| Business Address: | 10201 W. PICO BLVD., LOS ANGELES, CA, 90035 | Business Type: | Stock |
| Mailing Address: | TAX DEPT, P O BOX 900, BEVERLY HILLS, CA, 90213 | Business Status: | Active |
| Date Inc/Registration: | Aug 27, 1981 | | |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| MICHAEL M. DOODAN  SECRETARY | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 |
| K. RUPERT MURDOCH  DIRECTOR | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 |
| BRUCE EDDY  VICE PRESIDENT | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 | 10201 W. PICO BOULEVARD, LOS ANGELES, CA, 90035 |

## Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | ONE CORPORATE CENTER, HARTFORD, CT, 06103-3220 |
| Agent Residence Address | NONE |

[Back]   [View Filing History]   [View Name History]   [View Shares]